Name:
Address:
Telephone:

FILED
U.S. DISTRICT COURT

2019 FEB -1  D 1: 05

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

RECEIVED CLERK

JAN 08 2019

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
_____ DIVISION

HEIDI PGF KEILBAUGH
(Full Name)
PLAINTIFF

vs.

SLC Police Department

DEFENDANTS

CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

Case: 2:19-cv-00017
Assigned To : Parrish, Jill N.
Assign. Date : 1/8/2019
Description: Keilbaugh v. Salt Lake City Police Department et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. X  42 U.S.C. §1983
   b. __ 42 U.S.C. §1985
   c. __ Other (Please Specify) _____

2. NAME OF PLAINTIFF  HEIDI  KEILBAUGH
   IS A CITIZEN OF THE STATE OF  UTAH

   PRESENT MAILING ADDRESS:  584 E 3rd AVE
   SLC  UT  84103

3. NAME OF FIRST DEFENDANT **Officer Matthew Taylor** ②
   IS A CITIZEN OF **Salt Lake City, Utah**
   (City and State)

   IS EMPLOYED AS **Police Officer** at **SLCPD**.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES **X** NO ___. If your answer is "YES" briefly explain.

   **Officer Taylor used excessive force and shot James Dudley Barker resulting in death on Jan. 8th 2015.**

4. NAME OF SECOND DEFENDANT **Chief of Police SLCPD.** ③
   (If applicable)   **Chief Burbank**

   IS A CITIZEN OF **Salt Lake City, Utah**
   (City and State)

   IS EMPLOYED AS **Chief of Police** at **SLCPD**.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES **X** NO ___. If your answer is "YES" briefly explain.

   _____

   _____

   _____

5. NAME OF THIRD DEFENDANT **S.L.C.P.D Salt Lake City Police Department**
   (If applicable)

   IS A CITIZEN OF **Salt Lake City, Utah**
   (City and State)
   IS EMPLOYED AS _____ at **SLCPD**.
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____
_____
_____

6. NAME OF FOURTH DEFENDANT_____
   (If applicable)

   IS A CITIZEN OF_____
                  (city and State)

   IS EMPLOYED AS_____ at _____.
                 (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

   _____
   _____
   _____

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   JAMES D. BARKER was shoveling ice off walkways by our home when officer matthew taylor used excessive force and shot James D. BARKER resulting in death on January 8th 2015

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Excessive use of Force

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.) The officer did not properly use his training, or was not trained in identifying a mental health disability, AND did not use de escalation to resolve the benign situation.

   b. (1) Count II: INtensionAL INFLICTION OF EMOTIONAL DISTRESS

   (2) Supporting Facts: ① OFFICER John DOE A AND OFFICER John DOE B would not let me near my beloveds body after they shot and killed James, when they knew or should have known that this would cause extreme emotional distress ② Chief of Police Provided false information to the Public Including false claims of broken limbs, homelessness and edited Body Cam footage.

   c. (1) Count III: _____

(2) Supporting Facts: _____

_____

_____

_____

_____

_____

_____

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   I have PTSD from this event
   I have fallen into financial difficulty
   I have incurred extreme emotional distress,
   I have lost JAMES D. BARKER forever.

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment?
   YES_____ / NO __X__. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   b. Name of court and case or docket number: _____

    c.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d.    Issues raised: _____

_____

_____

    e.    When did you file the lawsuit? _____
                                                         Date   Month   Year

    f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO __X__. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____ NONE Known _____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

A monetary Award in an Amount to be determined and Appropriated by a Jury.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  SALT LAKE City  on  January 8  20 19.
              (Location)           (Date)

_____
Signature